*WHEN RECORDED MAIL TO:*
Brett H. Ramsaur (SBN 281566)
Ramsaur Law Office
27075 Cabot Road, Suite 110
Laguna Hills, CA 92653

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENARD E. SCHWARTZER, in his capacity as CHAPTER 7 TRUSTEE,<br><br>PLAINTIFF(S),<br>v.<br><br>DAMIANO BRYAN CENTOLA and OOMPH MODE, INC., a Nevada Corporation,<br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 2:22-mc-00206<br><br>**ABSTRACT OF JUDGMENT/ORDER** |

I certify that in the above-entitled action and Court, Judgment/Order was entered on October 26, 2022
in favor of LENARD E. SCHWARTZER, in his capacity as CHAPTER 7 TRUSTEE
whose address is c/o Ramsaur Law Office; 27075 Cabot Road, Suite 110, Laguna Hills, CA 92653
and against DAMIANO BRYAN CENTOLA
whose last known address is 471 Canyon Vista Dr. Los Angeles, CA 90065
for $ 20,000     Principal,   $ _____ Interest,   $ _____ Costs,
and $ _____ Attorney Fees.

ATTESTED this _____ 15th _____ day of _____ December _____ , 2022 .
Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number; _____ 8472 _____ (last 4 digits) ☐ Unknown.
☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or
address at which summons was served:

471 Canyon Vista Dr. Los Angeles, CA 90065       CLERK, U.S. DISTRICT COURT

By _____
        Deputy Clerk

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*